KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMMAD IQBAL, ) | No. C 06-7066 PJH |
|       Petitioner, ) | |
| ) | |
| v. ) | |
| ) | **STIPULATION TO DISMISS; and** |
| ALBERTO GONZALES, United States' Attorney ) | [~~PROPOSED~~] **ORDER** |
| General; *et al*, ) | |
|       Respondents. ) | |

    The parties, through their respective attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration Services is now prepared to adjudicate Petitioner's application for naturalization, and agrees to do so within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

///

///

///

///

Stip to Dismiss
C 06-7066 PJH

| | |
|---|---|
| Date: January 11, 2006 | Respectfully submitted, |
| | KEVIN V. RYAN<br>United States Attorney |
| | /s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Respondents |
| Date: January 11, 2006 | See faxed signature<br>ROSY H. CHO<br>Attorney for Petitioner |

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 1/16/07



IT IS SO ORDERED
Judge Phyllis J. Hamilton

Stip to Dismiss
C 06-7066 PJH

| | | |
|---|---|---|
| 1 | Date: January 11, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | ILA C. DEISS<br>Assistant United States Attorney |
| 6 | | Attorneys for Respondents |
| 7 | | |
| 8 | Date: January _11_, 2006 | ROSY H. CHO |
| 9 | | Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

PHYLLIS J. HAMILTON
United States District Judge

Stip to Dismiss
C 06-7066 PJH